Malco Trading Corporation, Appellant, *v.* Mendel-son-Silverman, Inc., Respondent, Impleaded with Others.

(Submitted April 25, 1934; decided May 22, 1934.)

*Abraham H. Sarasohn* for appellant.

*Milton Paulson* and *Robert Feingold* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.